No. 93–6799. GILLIAM *v.* MARYLAND. Ct. App. Md. Certiorari denied. 

No. 93–6805. WRIGHT *v.* FRY. C. A. 6th Cir. Certiorari denied.

No. 93–6815. THOMAS *v.* GARRETT FLUID SYSTEMS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6827. JAMES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. 

No. 93–6835. BUCKNER ET AL. *v.* TAYLOR ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–6842. CORETHERS *v.* LAKESIDE UNIVERSITY HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6845. DOBSON *v.* GABRIEL ET AL. C. A. 3d Cir. Certiorari denied. 

No. 93–6867. BIVINS *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 93–6868. TREPAL *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 93–6870. CONDOSTA *v.* VERMONT. C. A. 2d Cir. Certiorari denied.

No. 93–6878. YOUNG *v.* STEPANIK ET AL. C. A. 3d Cir. Certiorari denied. 

No. 93–6879. COLEMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 93–6904. NORTON *v.* UNIVERSITY OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–6907. SMITH *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ██

No. 93–6928. MCKEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.